ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND                              COURT OF APPEALS

                        *    OF MARYLAND

      Petitioner,

                        *

v.                           *    Misc. Docket AG No. __54__

                                September Term, 2017

DAVID EUGENE FURRER         *

      Respondent.              *

                        *

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 19-736, in which the Respondent admits that sufficient evidence exists to sustain allegations that he committed professional misconduct in violation of Rules 1.1, 1.2, 1.3, 1.4, 1.16 and 8.4(a), (c), and (d) of the Maryland Lawyers' Rules of Professional Conduct, in effect at the time of the misconduct, it is this 18th day of ____January____, 2018.

**ORDERED**, that Respondent, David Eugene Furrer, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of David Eugene Furrer from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742.

                                /s/ Mary Ellen Barbera

                                Chief Judge